# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146261 & (17)(18)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                    SC: 146261
                                    COA: 310832
                                    Calhoun CC: 2007-000145-FH

ANTHONY CLIFFORD GATES,
    Defendant-Appellant.

_____/

      On order of the Court, the motion to amend the application is GRANTED. The application for leave to appeal the November 13, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



Clerk

s0617